**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR242** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DANIEL CHONA-ROMERO,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [21]. Counsel needs additional time to pursue plea discussions and for trial preparations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [21] is granted, as follows:

1. The jury trial, now set for September 23, 2019 is continued to **December 2, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 2, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: September 17, 2019.**

BY THE COURT:


s/ Michael D. Nelson
**United States Magistrate Judge**